ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
JAN - 4 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARMANDO HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>SUSAN HUBBARD, CDC Secretary,<br><br>Respondent. | Case No. CV 10-2489 JST (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: ~~December~~ January 2, 2011

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN - 5 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY